# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| RONALD PENMAN and ADELANTE OIL & GAS, LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No. 22-cv-00097-DMT-CRH |
| v. | )<br>) |
| HESS BAKKEN INVESTMENTS II, LLC, | )<br>) |
| Defendant. | )<br>) |

## HESS'S MOTION TO DISMISS

Hess Bakken Investments II, LLC ("Hess"), by and through its undersigned counsel, hereby moves this Court for an order under Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the complaint. In support of this motion, Hess incorporates the accompanying Memorandum of Law.

2

Dated: August 4, 2022                              Respectfully submitted,

/s/ Paul J. Forster
Paul J. Forster (ND ID #07398)
Zachary R. Eiken (ND ID #07832)
CROWLEY FLECK PLLP
100 W. Broadway, Suite 250
P.O. Box 2798
Bismarck, ND 58502-2798
(701) 223-6585
(701) 222-4853
pforster@crowleyfleck.com
zeiken@crowleyfleck.com

Daniel T. Donovan, P.C.
Ragan Naresh, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000
(202) 389-5200
daniel.donovan@kirkland.com
ragan.naresh@kirkland.com