UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| Ronald Penman and Adelante Oil & Gas, LLC, on behalf of themselves and a Class of similarly situated royalty owners, | ) ) ) ) | Civil No: 1:22-cv-00097-DMT-CRH |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Hess Bakken Investments II, LLC, | ) ) | |
| Defendant. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Hess Bakken Investments II, LLC, states that it is a limited liability company. Hess Corporation is the ultimate parent corporation of all of its members. Hess Corporation is publicly traded on the New York Stock Exchange.

DATED this 30th day of March 2023.

                                                  Respectfully submitted,

                                                */s/   Paul J. Forster*
                                                Paul J. Forster (ND ID #07398)
                                                Zachary R. Eiken (ND ID #07832)
                                                CROWLEY FLECK PLLP
                                                100 W. Broadway, Suite 250
                                                P.O. Box 2798
                                                Bismarck, ND 58502-2798
                                                (701) 224-7546
                                                (701) 222-4853
                                                pforster@crowleyfleck.com
                                                zeiken@crowleyfleck.com

-2-

Daniel T. Donovan, P.C.
Ragan Naresh, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000
(202) 389-5200
daniel.donovan@kirkland.com
ragan.naresh@kirkland.com

*Attorneys for Defendant*
*Hess Bakken Investments II, LLC*