## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| RONALD PENMAN AND ADELANTE OIL & GAS, LLC on behalf of themselves and a Class of similarly situated royalty owners,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>HESS BAKKEN INVESTMENTS II, LLC,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Case No.: 1:22-cv-00097<br>)　　　　　　(Lead Case)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SANDY RIVER RESOURCES, LLC and SANDY RIVER ENERY, LLC River Energy, LLC on behalf of themselves and classes of similarly situated royalty owners,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>HESS BAKKEN INVESTMENTS, II, LLC,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Case No.: 1:22-cv-108<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**IT IS ORDERED**:

A mid-discovery status conference will be held on July 10, 2024, at 9:00 AM before the magistrate judge by telephone.  To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581.  The conference may be recorded for the convenience of the court.

1

Dated this 10th day of January, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
