# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Ronald Penman and Adelante Oil & Gas, LLC, on behalf of themselves and a Class of similarly situated royalty owners, | ) ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| Hess Bakken Investments II, LLC, | ) ) | |
| Defendant. | ) ) | Case No. 1:22-cv-097 |
| Sandy River Resources, LLC and Sandy River Energy, LLC, on behalf of themselves and classes similarly situated royalty owners, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:22-cv-108 |
| v. | ) ) | |
| Hess Bakken Investments II, LLC, | ) ) | |
| Defendant. | ) | |

On March 24, 2025, Plaintiffs filed a Motion to Amend Scheduling Order. (Doc. No. 80). They assert that they have not yet been able to complete discovery, including taking the Rule 30(b)(6) deposition of Defendant, because Defendant has yet to complete its production of relevant documents and information related to their first set of written discovery. They further assert, that due to these discovery deficits, they "require additional time to complete their discovery and fully investigate and litigate these issues." They request that the their deadline to complete discovery and serve their Rule 26(a)(2) disclosures be extended an additional sixty days. Additionally, they

1

request that the deadlines to disclose experts reports and to file a motion for class certification also be extended an additional sixty days.

On April 2, 2025, Defendant filed a response to Defendant's motion. (Doc. No. 82). It advises that it open to amending existing deadlines to allow for the completion of recently served discovery. However, it objects to extending the discovery deadlines to allow for additional discovery on the ground that Plaintiffs have failed to show good cause for such an extension.

On April 3, 2025, the court held a status conference with the Parties' by telephone. Pursuant to its discussion with the Parties, the court deems Plaintiff's Motion to Amend Scheduling Order (Doc. No. 80) **MOOT** and extends the deadlines as follows:

(1) The deadlines to complete expert reports shall extended as follows:

   a. August 13, 2025, for Plaintiffs' Expert Disclosures;

   b. September 24, 2025, for Defendants' Expert Disclosures; and

   c. November 5, 2025, for Plaintiff's Rebuttal Exert Disclosures.

(2) Motions for Class Certification are due by October 15, 2025.

(3) The Parties shall have until August 13, 2025, to complete discovery.

(4) Discovery motions are due by August 27, 2025.

**IT IS SO ORDERED.**

Dated this 7th day of April, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court