IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| **RONALD PENMAN AND** )<br>**ADELANTE OIL & GAS, LLC** )<br>on behalf of themselves and a Class )<br>of similarly situated royalty owners, )<br>                                               )<br>         **Plaintiffs,**                )<br>                                               )<br>vs.                                            )<br>                                               )<br>**HESS BAKKEN INVESTMENTS**  )<br>**II, LLC**                                )<br>                                               )<br>         **Defendant.**                )<br>                                               )<br>_____)<br>                                               )<br>**SANDY RIVER RESOURCES, LLC and** )<br>**SANDY RIVER ENERY, LLC**      )<br>River Energy, LLC on behalf of      )<br>themselves and classes of similarly  )<br>situated royalty owners,                )<br>                                               )<br>         **Plaintiffs,**                )<br>                                               )<br>vs.                                            )<br>                                               )<br>**HESS BAKKEN INVESTMENTS,** )<br>**II, LLC**                                )  | **Case No.: 1:22-cv-00097**<br>**(Lead Case)**<br><br><br><br><br><br><br><br><br><br><br><br><br>**Case No.: 1:22-cv-108** |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Ronald Penman, Adelante Oil & Gas, LLC, Sandy River Resources, LLC and Sandy River Energy, LLC, and Defendant Hess Bakken Investments II, LLC (collectively "Parties"), move the Court to amend the current Scheduling Order. In support thereof, the Parties state as follows:

1. On January 8, 2024, the Parties submitted a Proposed Scheduling/Discovery Plan to the Court.

2. On January 10, 2024, the Court entered the current Scheduling Order (Doc. 31), setting the following deadlines:

    a. Plaintiff's experts      October 1, 2024

    b. Defendant's experts      November 15, 2024

    c. Discovery cutoff      November 29, 2024

    d. Class cert. motion      December 12, 2024

    e. Discovery motion cutoff      December 13, 2024

    f. Plaintiffs' rebuttal experts      January 10, 2025

3. The parties jointly requested two prior extensions of those deadlines (Docs. 69, 78), which the Court granted (Docs. 71, 79).

4. On March 24, 2025, the Court granted a third extension of the deadlines contained in the Court's Scheduling Order as follows (Doc. 84):

    a. Discovery due      August 13, 2025

    b. Discovery motions      August 27, 2025

    c. Plaintiff's experts      August 13, 2025

    d. Defendant's experts      September 24, 2025

    e. Plaintiffs' rebuttal experts      November 5, 2025

    f. Class cert. motion      October 15, 2025

5. The Parties continue to work diligently through discovery, including several meet-and-confers on issues that have arisen, but due to the press of business and other deadlines and the breadth of the issues involved, the Parties desire additional time to fully litigate the issues. Specifically, the Parties request to amend certain deadlines as follows:

| | | |
|---|---|---|
| a. | Discovery due | September 30, 2025 |
| b. | Discovery motions | October 14, 2025 |
| c. | Plaintiff's experts | October 30, 2025 |
| d. | Defendant's experts | December 11, 2025 |
| e. | Plaintiffs' rebuttal experts | January 22, 2026 |
| f. | Class cert. motion | November 19, 2025 |

6. This request is not made for purposes of vexation or delay, and no party will be prejudiced by the requested extension of time.

WHEREFORE, for the reasons set forth above, Plaintiffs Ronald Penman, Adelante Oil & Gas, LLC, Sandy River Resources, LLC and Sandy River Energy, LLC, and Defendant Hess Bakken Investments II, LLC request an order consistent with the foregoing, and for such other and further relief the Court deems just.

Respectfully Submitted,

/s/ Taylor P. Foye
Joseph A. Kronawitter MO Bar No. 49280
Taylor P. Foye    MO Bar No. 71527
HORN AYLWARD & BANDY, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
Telephone: (816) 421-0700
Facsimile: (816) 421-0899
jkronawitter@hab-law.com
tfoye@hab-law.com

/s/ Stacy A. Burrows
Stacy A. Burrows, admitted pro hac vice
George A. Barton, admitted pro hac vice
BARTON AND BURROWS, LLC
5201 Johnson Drive, Ste. 110
Mission, KS 66205
(913) 563-6253
stacy@bartonburrows.com
george@bartonburrows.com

-and-

/s/ *Joshua A. Swanson*
Joshua A. Swanson, ND Bar No. 06788
R.J. Pathroff, ND Bar No. 07759
VOGEL LAW FIRM
218 NP Avenue
Fargo, ND 58102
(701) 237-6983
jswanson@vogellaw.com
rpathroff@vogellaw.com

**Attorney for Plaintiffs**


/s/ *Paul J. Forster*
Paul J. Forster (ND ID #07398)
Zachary R. Eiken (ND ID #07832)
Crowley Fleck PLLP
100 W. Broadway, Suite 250
P.O. Box 2798
Bismarck, ND 58502-2798
(701) 224-7546
(701) 222-4853
pforster@crowleyfleck.com
zeiken@crowleyfleck.com

-and-

/s/   *Gabi Durling*
Daniel T. Donovan
Ragan Naresh
K. Ross Powell
Gabi Durling
Kirkland & Ellis LLP
1300 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000
(202) 389-5200
daniel.donovan@kirkland.com
ragan.naresh@kirkland.com
ross.powell@kirkland.com
gabi.durling@kirkland.com

**Attorneys for Defendant**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all person registered for ECF as of that date.

                                                */s/ Taylor P. Foye*